# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICIA RYSAK** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **FERRO CORPORATION** | : | NO. 22-2311 |

## ORDER

**NOW,** this 28th day of April, 2023, upon consideration of the Defendant Ferro Corporation's Motion for Summary Judgment (Doc. No. 38), the response, and the reply, it is **ORDERED** that the motion is **DENIED**.

.

_____
TIMOTHY J. SAVAGE, J.